**Order filed June 9, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————

**NO. 01-13-00439-CR**

————————

**NETTRA R. WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1355432**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 8.**

The clerk of the 184th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 8, on or before June 16, 2014**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 8, to the clerk of the 184th District Court.

PER CURIAM